**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter  7 |
| | : | |
| John Lee Moore aka John Lee Boskie-Moore | : | |
| Debtor | : | Bankruptcy No. 19-14030 |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated June 25, 2019 and July 10, 2019 , this case is hereby DISMISSED.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

**Date: August 1, 2019**

Missing Documents:

Schedules AB-H

bfmisdoc